UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TAYLOR and PATRICK TAYLOR,<br><br>Plaintiffs,<br><br>v.<br><br>NAVIENT CORP., a Delaware Corporation et al.,<br><br>Defendants. | No. 2:25-cv-2687-TLN-SCR<br><br>ORDER |

On November 10 and 13, 2025, Defendants filed separate Motions to Dismiss this action, both set for hearing on January 22, 2026. ECF Nos. 33, 37. On November 25, 2025, in addition to a consolidated opposition to both motions (ECF No. 40), Plaintiffs filed a cross-motion to strike all appearances by Defendants' counsel, and to enter default against Defendants as parties who have therefore not properly appeared. ECF No. 41.

As Defendants Navient Corp. and Navient Solutions, LLC note in their opposition (ECF No. 46 at 2), Plaintiffs have previously moved for sanctions and default judgment against Defendants in this action, based in part on the same conduct at issue in their cross-motion. ECF Nos. 8, 20; ECF No. 30 at 7-8, 94-110; ECF No. 41 at 2. To prevent further duplicative filings

1

and with all briefing on currently filed motions complete, **the parties should refrain from filing further motions prior to the hearing on the motions to dismiss unless such filing seeks emergency relief**. To maintain efficient management of the Court's docket, the Court will not consider further non-emergency motions until after the hearing on **January 22, 2026**.

      **IT IS SO ORDERED**.

DATED: December 15, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE