UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ARLEN TAYLOR, et al. | No. 2:25-cv-2687-TLN-SCR |
| Plaintiffs, | |
| v. | ORDER |
| NAVIENT CORP., a Delaware Corporation, et al., | |
| Defendants. | |

Plaintiffs are proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On December 23, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 50.) Plaintiff filed objections to the findings and recommendations. (ECF No. 51.) Defendants filed responses to those objections. (ECF Nos. 54, 55.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations filed December 23, 2025 (ECF No. 50) are adopted in full;

2. Plaintiffs' motion for a preliminary injunction (ECF No. 6) is DENIED; and

3. Plaintiffs' accompanying request for sanctions is DENIED.

Date: April 20, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2